UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE ANGEL TORRES-GUARDADO, | ) | Case No.  CV 15-1736-R(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| RICHARD IVES, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

   **IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.


Dated: August 31, 2015

_____
Manuel L. Real
United States District Judge